IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-38-KS

| | |
|---|---|
| NICHOLAS TUCKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

Upon consideration of Defendant's unopposed motion to appear by video teleconference for the hearing scheduled on April 20, 2022, at 11:00 a.m., it is hereby ORDERED that Defendant's motion [DE #24] is GRANTED. At least seven (7) days before the scheduled hearing, counsel for Defendant shall submit to the court a VTC Request Form, which can be obtained from the court's website at http://www.nced.uscourts.gov/attorney/crtech.aspx.

This 11th day of April 2022.

_Kimberly A. Swank_
KIMBERLY A. SWANK
United States Magistrate Judge